```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 09956
   DONALD W NELSON
                                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK

       Debtor
   SSN XXX-XX-3334
```

---
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 03/18/05 and confirmed on 05/11/05.

2. The plan is paid in full.

3. The Debtor paid a total of $ 25350.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| MIDLAND MORTGAGE CO | CURRENT MORTG | .00 | .00 | .00 |
| MIDLAND MORTGAGE CO | MORTGAGE ARRE | 19302.50 | .00 | 19302.50 |
| ILLINOIS DEPT REVENUE | PRIORITY | 1483.18 | 77.12 | 1483.18 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 558.49 | 34.01 | 558.49 |
| STEVEN J FINK | UNSECURED - C | 881.51 | 140.54 | 881.51 |
| US DEPT OF EDUCATION | UNSECURED | .00 | .00 | .00 |
| ILLINOIS DEPT REVENUE | UNSECURED | 395.20 | 24.01 | 395.20 |
| NATIONAL CAPITAL MGMT LL | UNSECURED | 1103.17 | 67.86 | 1103.17 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 19302.50 | 1483.18 | 2056.86 | 881.51 | 23724.05 |
| PRINCIPAL PAID | 19302.50 | 1483.18 | 2056.86 | 881.51 | 23724.05 |
| INTEREST PAID | .00 | 77.12 | 125.88 | 140.54 | 343.54 |
| TOTAL PAID | 19302.50 | 1560.30 | 2182.74 | 1022.05 | 24067.59 |

The Debtor's attorney, STUART B HANDELMAN            , was allowed $   2200.00 and was paid $   2200.00   direct and $       .00   through the plan.

The Trustee received $    917.26 .

Refunds to the Debtor totaled $    365.15 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

Dated: 02/12/08                        /S/

GLENN STEARNS
CHAPTER 13 TRUSTEE

                              PAGE   2
     CASE NO. 05 B 09956 DONALD W NELSON